IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **ERNEST EHONWA AND EVELYN COKER,** § § § | |
| *Plaintiffs,* § § | |
| v. § | **CIVIL ACTION NO. 4:18-cv-295** |
| § | |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2005-1, ASSET-BACKED CERTIFICATES, SERIES 2005-1 and SELECT PORTFOLIO SERVICING, INC.,** § § § § § § § § | |
| *Defendants.* | |

## AGREED FINAL JUDGMENT

On this day came to be heard the above-entitled and numbered cause. Plaintiffs Ernest Ehonwa and Eveyln Coker ("Plaintiffs") and Defendants Deutsche Bank National Trust Company as Trustee, In Trust for Registered Holders of Long Beach Mortgage Loan Trust 2005-1, Asset-Backed Certificates, Series 2005-1 ("Deutsche Bank as Trustee") and Select Portfolio Servicing, Inc. ("SPS"), collectively referred to herein as the "Parties," have announced that they have reached an agreement as evidenced by signatures hereon. Based upon a review of the pleadings and the Parties' agreement, the Court is of the opinion that judgment should be entered in accordance with the agreement. It is, therefore,

**ORDERED** and **DECREED** that that Defendants have judicially foreclosed pursuant to Texas Rule of Civil Procedure 735 and Article XVI, Section 50 of the Texas Constitution as to the property located at 4222 Oakland Falls Drive, Missouri City, Fort Bend County, Texas 77459 (the "Property") with the following legal description:

580853.2

LOT EIGHT (8), IN BLOCK FIVE (5), OF AMENDING PLAT OF LEXINGTON SETTLEMENT SUBDIVISION, SECTION III A SUBDIVISION IN FORT BEND COUNTY, TEXAS, ACCORDING TO THE MAP OR PLAT THEREOF RECORDED IN SLIDE NO. 1053/B OF THE PLAT RECORDS OF FORT BEND COUNTY, TEXAS.

IT IS **FURTHER ORDERED** Defendants may proceed with the non-judicial foreclosure of the property described below in accordance with Texas Property Code § 51.002 and the applicable loan agreement, contract, or lien sought to be foreclosed; and

IT IS **FURTHER ORDERED** that Defendants are allowed such writs and processes as may be necessary for the enforcement and collection of this judgment of foreclosure including, without limitation, an Order of Sale and a Writ of Possession as provided in Rules 309 and 310 of the Texas Rules of Civil Procedure; and

IT IS **FURTHER ORDERED** that all relief not expressly granted herein is hereby denied.

This judgment finally disposes of all parties and claims.

Signed this _____ day of _____, 2018.

_____
PRESIDING JUDGE

**Approved and Entry Requested:**

By:     */s/ Matt D. Manning*
Matt D. Manning
State Bar No. 24070210
MCGLINCHEY STAFFORD
1001 McKinney, Suite 1500
Houston, TX 77002
Telephone :  (713) 520-1900
Facsimile:   (73-520-1025
mmanning@mcglinchey.com
*Attorney for Defendants*

By: */s/   Matt Bourda  (by permission)*
Robert "Chip" C. Lane
State Bar No. 24046263
chip.lane@lanelaw.com
Matt Bourda
matt.bourda@lanelaw.com
State Bar No. 24091948
The Lane Law Firm
6200 Savoy, Suite 1150
Houston, TX  77036-3300
Telephone:  713-595-8200
Facsimile:   713-595-8201
*Attorneys for Plaintiffs*